PETER KLEIN *v.* FREDERICK WILD.

It is the amount due at the institution of the suit which constitutes the matter in dispute, and determines the right to appeal as affected by the amount involved.

APPEAL from the First District Court of New Orleans, *Robertson*, J. *J. J. Michel*, for plaintiff. *Durant & Hornor*, for defendant.

VOORHIES, J. The pluries writ of *fieri facias* issued on the judgment in this case was set aside on a rule taken by the defendant.

The plaintiff is appellant from the judgment thereon rendered.

The defendant and appellee claims the dismissal of the appeal on two grounds, one of which is, that the matter in dispute is not within our jurisdiction.

The writ calls for the sum of $183 17, as the debt, with legal interest thereon from the 5th of May, 1850, until paid, and $32 20, as costs, making in the aggregate a sum less than $300. But it is insisted that the additional costs, since accrued, are sufficient to increase the sum, which forms the subject matter in controversy, to an amount exceeding three hundred dollars.

To determine the question of jurisdiction, it appears to us that the proper test is to ascertain whether an appeal lies from the judgment sought to be carried into execution. We think it is clear, under the well settled rule, that an

appeal would not lie in the present case.   It is the amount due at the institution of the suit which constitutes the matter in dispute.   See *Mason* v.  *Oglesby* 2 An. 793.   Having no power to revise the judgment of the inferior court on appeal, we certainly have none with matters merely incidental to its execution, which are properly confined to that tribunal.

It is, therefore, ordered that the appeal be dismissed at the appellant's costs.